upon the ground that no appeal lies to this Court from the decision of the individual Justice of the Appellate Division. Motion for poor person relief dismissed as academic.

In the Matter of LONDON TERRACE GARDENS L.P., Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Respondents.

Submitted June 5, 2017; decided September 7, 2017

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

MIDFIRST BANK, Respondent, v JOSEPH AJALA, Appellant, et al., Defendants.

Submitted June 26, 2017; decided September 7, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

VASSILIS PANAGOULOPOULOS et al., Appellants, v CARLOS ORTIZ JR. MD, P.C., et al., Respondents.

Submitted June 19, 2017; decided September 7, 2017

Motion for reargument of motion for leave to appeal denied [see 29 NY3d 993 (2017)].

Judge FEINMAN taking no part.

VASSILIS PANAGOULOPOULOS et al., Appellants, v CARLOS ORTIZ JR. MD, P.C., et al., Respondents.

Submitted June 19, 2017; decided September 7, 2017

Motion for reargument of motion for leave to appeal denied [see 29 NY3d 993 (2017)].

Judge FEINMAN taking no part.

In the Matter of CARLTON WALKER, Appellant, v JONATHAN LIPP-MAN, as Chief Judge of the New York Court of Appeals, et al., Respondents.

Submitted June 12, 2017; decided September 7, 2017

Motion for reconsideration of this Court's May 2, 2017 dismissal order denied.

Judges RIVERA and FEINMAN taking no part.

[83 NE3d 202, 61 NYS3d 194]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS R. EVERY, Appellant.

Decided September 5, 2017

**APPEARANCES OF COUNSEL**

*Easton Thompson Kasperek Shiffrin LLP*, Rochester (*William T. Easton* and *Danielle C. Wild* of counsel), for appellant.